No. 15,018.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS ET AL. *v.* NEUMAN ET AL.
(128 P. [2d] 998)

Decided June 15, 1942.

Judgment affirmed en banc without written opinion.

Mr. GAIL L. IRELAND, Attorney General, Mr. H. LAWRENCE HINKLEY, deputy, Mr. C. H. ANDERSON, Assistant, Mr. W. W. GAUNT, for plaintiffs in error.

Mr. HARRY A. FEDER, Mr. HARRY BEHM, Mr. MILTON MORRIS, for defendants in error.